# United States Bankruptcy Court
# Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Larry Lee Nash
dba Larry Nash Legal Assistant

**BANKRUPTCY NO.** 1:25–bk–10546–VK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–1070
**Employer Tax–Identification (EIN) No(s).(if any):** 95–2755406
**Debtor Dismissal Date:** 7/10/25

**Address:**
18131 Andrea Circle N #4
Northridge, Ca 91325

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 10, 2025

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**32 / PG**